UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>CARLOS LOPEZ,<br><br>        Defendant.<br>_____/ | No. C-11-3550 EMC<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND GRANTING PLAINTIFF'S MOTION FOR REMAND**<br><br>**(Docket Nos. 2, 4)** |

      Based on the *ex parte* request of Plaintiff, and good cause appearing therefore, it is hereby ORDERED THAT:

      (1)    Defendant Lopez's application to proceed *in forma pauperis* is **GRANTED**, as he meets the economic eligibility requirement. *See* 28 U.S.C. § 1915(a).

      (2)    Plaintiff's *ex parte* application for remand is **GRANTED** and this action is hereby **REMANDED** to the Superior Court.

      (3)    The Court determines that Defendant Lopez's notice of removal was in bad faith because this is Defendant's third attempt to remove the same action from State Court. This Court has previously remanded the same action and warned Mr. Lopez that "should he again seek to remove the same state court action, this Court will not hesitate in imposing sanctions." *See Federal National Mortgage Ass'n v. Lopez*, No. 11-2349 EMC, Docket No. 6, at 3. Accordingly, pursuant to 28 U.S.C. § 1447(c), the Court requires Mr. Lopez to pay Wells Fargo's "just costs and any actual expenses, including attorney fees, incurred as a result of the removal." Plaintiff is instructed to file

an affidavit with this Court detailing any just costs and actual expenses no later than September 16, 2011.

(4) The Clerk of the Court is instructed not to accept any further notices of removal from Mr. Lopez in this action, case number FCM116680, Superior Court of the State of California, County of Solano.

This order disposes of Docket Nos. 2 and 4.

IT IS SO ORDERED.

Dated: September 2, 2011

_____
EDWARD M. CHEN
United States District Judge